FILED
2015 May-19  AM 09:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RYE ZINDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:14-cv-01817-TMP |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

The parties in the above-styled cause filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (doc. 24), reciting that they stipulate to the dismissal of this action, with prejudice.  Although a court order is unnecessary, it is ordered that the above-styled action and all claims contained therein are **DISMISSED WITH PREJUDICE**, each party to bear its own fees, costs, and expenses.

**DONE** and **ORDERED** on May 19, 2015.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE